IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN & JILL KAISER h/w<br>Plaintiffs<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 2:11-CV-03305-JHS |

## STIPULATION OF DISMISSAL

AND NOW, this 28th day of November, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff

Sessions Fishman Nathan & Israel, LLC

BY: /s/ Aaron R. Easley
    Aaron R. Easley, Esquire
    Attorney for Defendant