IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KAISER and JILL KAISER, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 11-3305 |
| v. | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of November 2011, upon consideration of the parties' Stipulation of Dismissal (Doc. No. 8), reporting that the above-captioned action has been settled by the parties and requesting an order dismissing the action with prejudice, it is **ORDERED** that:

1. The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS EXCEPT AS SET FORTH IN THE PARTIES' SETTLEMENT AGREEMENT, pursuant to Local Rule 41.1(b).

2. All pending motions are DENIED AS MOOT.

3. The Clerk of Court shall close the case.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.